UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH FOSHEE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ZUNIGA,<br><br>　　　　　　Defendant. | Case No.  20-cv-00132-VKD<br><br>**ORDER TO SHOW CAUSE RE SETLTEMENT** |

Having been informed that the parties have settled this dispute, the Court orders as follows:

On or before **September 30, 2021**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **October 12, 2021 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **October 5, 2021** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: September 1, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge